# In the United States Court of Federal Claims

| | |
|---|---|
| MONTANA HEALTH CO-OP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.  19-568C |
| v. | ) (Filed: January 5, 2022) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On January 4, 2022, the parties filed a joint status report requesting to continue the stay of proceedings in this case.  For good cause shown, the parties' request is hereby **GRANTED**.  Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **March 4, 2022**, advising the Court as to whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge