# In the United States Court of Federal Claims

MONTANA HEALTH CO-OP,

        Plaintiff,

v.

THE UNITED STATES OF AMERICA,

        Defendant.

No.  19-568C
(Filed: June 7, 2022)

## ORDER

On June 6, 2022, the parties filed a joint status report requesting a continuance of the stay of proceedings in this case.  For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **July 21, 2022**, advising the Court as to whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge