## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|   |   |
|---|---|
| MONTANA HEALTH CO-OP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. 19-568C |
| THE UNITED STATES, | )  Chief Judge Kaplan ) ) |
| Defendant. | ) ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's September 6, 2022 order (ECF No. 38), the parties respectfully submit this Joint Status Report.  The September 6, 2022 order continued the stay in these proceedings and directed the parties to file a joint status report proposing further proceedings by October 17.

This case is currently stayed because the Government is working with a number of cost-sharing reduction ("CSR") Plaintiffs to determine whether they may efficiently resolve this and other pending CSR matters without further litigation or at least streamline these cases.  On September 6, 2022, the Court ordered the parties to file a joint status report on or before October 17, 2022.

The parties believe that the current continued stay in this case will provide more time for the parties to continue their discussions about resolving the damages amounts owed by the Government in the pending CSR cases, including this one, for benefit years 2018 and beyond without further litigation.  On April 28, 2022, the Government provided its substantive response to the CSR Plaintiffs' proposed settlement methodology for CSR damages owed for benefit years

2018 and beyond.  On May 20, 2022, counsel for the Government and for a number of CSR

Plaintiffs, including this case, participated in a teleconference with actuaries to discuss the

proposed settlement methodology and to share relevant data.  On May 23, 2022, CSR Plaintiffs

responded to the Government's April 28, 2022 letter.  Thereafter, the parties have convened by

phone multiple times, and the Government produced certain settlement-related data and other

information to the CSR Plaintiffs on July 22, 2022, which the parties hope will continue to

advance our settlement discussions.  Most recently, the parties participated in a settlement-

related call on September 1, 2022, and the CSR Plaintiffs followed that call with a letter to the

Government on September 15, 2022.   CSR Plaintiffs expect to receive a response letter from the

Government this week.  The complexity of the CSR cases and the number of interested

stakeholders necessitate that the parties be afforded additional time to pursue this mutual attempt

to resolve the damages issues in this case without further litigation.  Good cause therefore exists

to continue the stay in this case for CSRs due to Plaintiffs for benefit years 2018 and beyond.

Accordingly, the parties jointly request that the Court continue the stay in this case, and

the parties will file a Joint Status Report within 45 days to update the Court on the status of their

efforts to fully resolve this matter.

October 17, 2022

/s/ Stephen McBrady
Stephen McBrady
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
SMcBrady@crowell.com

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Claudia Burke
CLAUDIA BURKE
Assistant Director

s/ Albert S. Iarossi
Senior Trial Counsel

OF COUNSEL:

Charles Baek

CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Counsel for Plaintiff

John Morrison
MORRISON, SHERWOOD, WILSON,
& DEOLA PLLP
401 North Last Chance Gulch
P.O. Box 557
Helena, Montana 59624
Tel:  (406) 442-3261

Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone:   (202) 307-3390
Email:  albert.s.iarossi@usdoj.gov

OF COUNSEL:

DAVID M. KERR
Trial Attorney

Civil Division
U.S. Department of Justice

Counsel for Defendant