# In the United States Court of Federal Claims

|  |  |
|---|---|
| MONTANA HEALTH CO-OP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>)<br>)<br>) | No. 19-568C<br>(Filed: January 18, 2023) |

**ORDER**

On January 17, 2023, the parties filed a joint status report requesting a continuance of the stay of proceedings in this case. For good cause shown, the parties' request is hereby **GRANTED**. Accordingly, the stay in this case shall remain in effect.

The parties shall file a joint status report on or before **March 17, 2023**, advising the Court as to whether further proceedings are necessary.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Chief Judge